UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE SEIBEL

In the Matter of the Arbitration between

ONEBEACON AMERICA INSURANCE CO.,

                     Petitioner,

-and-

SWISS REINSURANCE AMERICA CORP.,

                     Respondent.

No. 12-cv-

PLAINTIFF'S DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for petitioner, OneBeacon America Insurance Company ("OneBeacon"), certifies that OneBeacon is ultimately owned 100% by White Mountains Insurance Group Ltd., which is a publicly traded company listed on the New York Stock Exchange.

Dated: New York, New York
June 27, 2012

                     Respectfully submitted,

                     CHADBOURNE & PARKE LLP

                     By: _____
                     John F. Finnegan (JF-3336)
                     CHADBOURNE & PARKE LLP
                     30 Rockefeller Plaza
                     New York, NY  10112
                     Tel. (212) 408-5100
                     Fax (212) 541-5369
                     jfinnegan@chadbourne.com

David M. Raim
CHADBOURNE & PARKE LLP
1200 New Hampshire Ave., N.W.
Washington, D.C. 20036
Tel. (202) 974-5600
Fax (202) 974-6739
draim@chadbourne.com

Attorneys for Petitioner, OneBeacon America
Insurance Company

2