IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
:
ONEBEACON AMERICA INSURANCE CO., :
:
                Petitioner, :
:
v. : No. 12 Civ. 05043 (CS)(LMS)
:
SWISS REINSURANCE AMERICA CORP., :
:
                Respondent. :
:
:
:
:
----------------------------------------------------------------x

## RULE 7.1 DISCLOSURE STATEMENT OF
## SWISS REINSURANCE AMERICA CORPORATION

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Respondent Swiss Reinsurance America Corporation certifies as follows:

      Swiss Reinsurance America Corporation is wholly-owned by Swiss Re Solutions Holding Corporation, formerly known as GE Insurance Solutions Corporation.  All of the outstanding shares of common stock of Swiss Re Solutions Holding Corporation are owned by Swiss Re America Holding Corporation.  All of the shares of common stock of Swiss Re America Holding Corporation are owned by Swiss Reinsurance Company Ltd.   All of the shares of Swiss Reinsurance Company Ltd. are owned by Swiss Re Ltd., which is the ultimate parent of Swiss Reinsurance America Corporation.  Swiss Re Ltd. is a foreign publicly held company.

      No other publicly held corporation owns 10% or more of the stock of Swiss Reinsurance America Corporation.

Dated: New York, New York
August 24, 2012

SIMPSON THACHER & BARTLETT LLP

By: /s/ Mary Kay Vyskocil

Mary Kay Vyskocil
(mvyskocil@stblaw.com)
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3954
Telephone:  (212) 455-2000
Facsimile:  (212) 455-2502

*Counsel to Swiss Reinsurance America Corporation*