**SIMPSON THACHER & BARTLETT LLP**

425 LEXINGTON AVENUE

NEW YORK, N.Y. 10017-3954

(212) 455-2000

---

FACSIMILE: (212) 455-2502

DIRECT DIAL NUMBER

(212) 455-3093

E-MAIL ADDRESS

mvyskocil@stblaw.com

VIA FEDERAL EXPRESS               September 11, 2012

Re:   *OneBeacon America Insurance Co v. Swiss Reinsurance America Corp.*, No. 12 Civ. 05043 (CS)(LMS)

Hon. Cathy Seibel
United States District Judge
The Hon. Charles L. Brieant Jr. Federal Building and
    United States Courthouse
300 Quarropas St.
White Plains, NY  10601-4150

**Application Granted / Denied**
**So Ordered.**

*Cathy Seibel*

Cathy Seibel, U.S.D.J.

Dated: 9/12/12

Dear Judge Seibel:

      We represent Respondent Swiss Reinsurance America Corporation ("Swiss Re") in the above referenced action.  We write with the consent of counsel for OneBeacon America Insurance Co. ("OneBeacon") to request a modest three-day extension to Swiss Re's time to serve a reply memorandum of law in further support of its Motion to Dismiss or Transfer the Petition or in the Alternative to Enjoin Duplicative Arbitration Pursuant to Section 4 of the Federal Arbitration Act (ECF # 10) (the "Motion").

      The parties previously requested an extension to the briefing schedule on OneBeacon's Petition to Appoint an Arbitrator (the "Petition") due to scheduling developments affecting each party.  On August 3, 2012, the Court granted the parties' request, extending Swiss Re's time to serve its papers in opposition to the Petition to August 24, 2012 and OneBeacon's time to serve reply papers to September 11, 2012.

      On August 24, 2012, Swiss Re filed the Motion in conjunction with its opposition to the Petition.  We understand that OneBeacon intends to file its reply in support the Petition and in opposition of the Motion on September 11, 2012.  Pursuant to S.D.N.Y. Local Rule 6.1(b), Swiss Re's reply in support of the Motion would be due seven (7) days thereafter, that being September 18, 2012.

BEIJING   HONG KONG   HOUSTON   LONDON   LOS ANGELES   PALO ALTO   SÃO PAULO   TOKYO   WASHINGTON, D.C.

SIMPSON THACHER & BARTLETT LLP

Hon. Cathy Seibel -2- September 11, 2012

Due to logistics surrounding client review of the papers, Swiss Re respectfully requests the court to extend the deadline for it to serve its reply memorandum of law in further support of the Motion to September 21, 2012. Counsel for OneBeacon has reviewed this letter and consents to the requested relief.

Respectfully,

Mary Kay Vyskocil

cc: John F. Finnegan (by email)
David M. Raim (by email)