IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
: 
ONEBEACON AMERICA INSURANCE CO., :
:
               Petitioner, :
:
v. :   No. 12 Civ. 05043 (CS)(LMS)
:
SWISS REINSURANCE AMERICA CORP., :   **NOTICE OF APPEARANCE**
:
               Respondent. :
:
:
----------------------------------------------------------------x

      PLEASE TAKE NOTICE that Jeffrey L. Roether of the law firm of Simpson Thacher & Bartlett LLP hereby appears as counsel for Respondent Swiss Reinsurance America Corporation in this action and requests that all subsequent papers be served upon this firm at the address indicated below.

Dated: September 21, 2012
       New York, New York

                                          SIMPSON THACHER & BARTLETT LLP

                                          By:  /s/ Jeffrey L. Roether
                                                 Jeffrey L. Roether
                                                 (jroether@stblaw.com)
                                                 425 Lexington Avenue
                                                 New York, New York 10017
                                                 Telephone: (212) 455-2000
                                                 Facsimile: (212) 455-2502

                                            *Counsel for Swiss Reinsurance America Corporation*