UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In the Matter of the Arbitration between

ONEBEACON AMERICA INSURANCE CO.,
                          Petitioner,                    12 **CIVIL** 5043 (CS)

       -against-                                    **JUDGMENT**

SWISS REINSURANCE AMERICA CORP.,
                          Respondent.
-----------------------------------------------------------X

       Whereas Petitioner having moved to appoint an Arbitrator (Doc. #5) and Respondent having filed a Cross-Motion to dismiss or transfer the petition or in the alternative enjoining arbitration (Doc. #10), and the matter having come before the Honorable Cathy Seibel, United States District Judge, and the Court, thereafter, having issued an Order (Doc. #18) granting Petitioner's Motion, denying Respondent's Cross-Motion, and directing the Clerk to close the case, it is:

       **ORDERED, ADJUDGED AND DECREED:** that for the reasons stated in the Court's Order, dated October 19, 2012, Petitioner's Motion to appoint an Arbitrator is granted and Respondent's Cross-Motion is denied; accordingly, the case is closed.

**Dated:** White Plains, New York
       October 22, 2012

                                                                  _____
                                                                          CLERK
                                                                    **RUBY J. KRAJICK**
                                                                      **Clerk of Court**